IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| LaShoron T. Bacon, | C/A No. 1:12-01598-JMC |
| Plaintiff, | |
| vs. | |
| Nelson V Leeke, et al.; | |
| Byers, SCDC Director; | ORDER |
| Unknown(s), SCDC Defendants to be amended; | |
| Defendants. | |

Plaintiff is a state prisoner who, proceeding *pro se,* filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By order issued on June 22, 2012, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. [ECF No. 7]. Plaintiff was warned that failure to provide the necessary information within the timetable set in the order would subject the case to dismissal. Plaintiff did not respond to the order and the time for response has lapsed. Because Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

July 19, 2012.
Greenville, South Carolina

s/J. Michelle Childs
J. Michelle Childs
United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.